UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 30 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Krystal M. Moore
_____
Plaintiff

vs.

Turner Broadcasting System,
_____
Defendant
Turner Services, Inc.
Juan A. Maitland.

1:07-CV-0972

JTC

## TITLE VII COMPLAINT

1. Plaintiff resides at 5501-635 Glenridge Drive, Atlanta Georgia 30342

2. Defendant(s) names (s) Turner Broadcasting System, Inc., Turner Services Inc., Juan A. Maitland.

Location of principal office(s) of the named defendant(s) One CNN Center Atlanta, Georgia 30303

Nature of defendant(s) business Media, Entertainment.

Approximate number of individuals employed by defendant(s) Approx. 4,000 or more

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

   A. _____ Failure to employ me.
   B. __X__ Termination of my employment.
   C. _____ Failure to promote me.
   D. __X__ Other (Specify) Sexual Harassment
   _____
   _____
   _____
   _____

5. Plaintiff:

   A. _____ presently employed by the defendant.
   B. __X__ not presently employed by the defendant. The dates of plaintiff's employment were 3/28/05 - 5/31/06.
   The reasons plaintiff was given for termination of employment is/are:
   (1) __X__ plaintiff was discharged.
   (2) _____ plaintiff was laid off.
   (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   A. _____ my race
   B. _____ my religion.
   C. __X__ my sex.
   D. _____ my national origin.
   E. __X__ Other (specify) Sexual Harassment
   _____
   _____
   _____
   _____

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

Juan A. Maitland, Hispanic/African American male, Legal Records Center Supervisor

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

Please See attached Statement

8. During my employment with Turner Broadcasting System, Inc. as a Legal Records Assistant, my supervisor, Juan A. Maitland continuously humiliated me by his inappropriate touching and comments. The touching was mostly on the upper and lower thigh when I was sitting, and on the rear-end when I was on the elevator with him, or walking in front of him. During the course of my employment I was so afraid of losing my job, from the threats made by Juan Maitland, I became ill, resulting in me missing time from work. He told me on several occasions that he would have me terminated, like my co-worker Erica Avant, if I reported to HR. He used other intimidating remarks by talking about how he had a gun and kept it loaded on him. I was very afraid of his actions and anger ever day. After I confronted Juan Maitland about this behavior and told him I wanted to speak to Human Resources about the incidents, he threatened me by saying he would destroy my credibility and have me fired.

The first incident in January 2005 occurred when Juan A. Maitland picked me up from my home to take me to work. On this date he leaned over me as if he were reaching for something and began touching and caressing my leg and inner thigh. During the drive, he began to talk about my body, physical features, and what parts he would like to see. He stated, "your breasts look very soft," and continued by stating he would like to touch them. Since this incident, I have experienced inappropriate touching at one-on-one meeting on May 4, 2005, June 10, 2005, August 10 and 18, 2005, February 3, 2006, and April 22, 2006.

In July 2005, he humiliated me in front of my co-worker and intern by viewing and commenting on my breasts and buttocks in photos. He persisted several times to enter me into a beauty contest, and I declined several times, and told him I felt uncomfortable with the gesture he stated while looking at pictures I took in Miami at a co-worker's house On August 18, 2005 he took photos of me in my office, began to rub my bare legs and inner thighs. He again made comments about how great my body looked, how he would like to lick my legs, and I should show off my sexy legs more often. He then began to make comments about coming to my home. Moreover, those comments prompted me to take action. In early to mid September, I discussed some issues with him including how I thought his behavior was inappropriate and I would like to speak to someone in Human Resources. After this conversation, he began to retaliate by trying to discredit my work and intimate me by yelling. The investigation with HR and my head management were not being discreet. He caught wind of my meetings with HR, and began to do as he promised, to have me terminated. At every chance he could he criticized my work to his boss, yelled at me in front of my co-workers, and rallied to have me terminated. I reported to Angela Santone, HR Advisor, that I worked in a hostile work environment. I asked Ms. Santone if I could find another job within the company or if HR could place me based on my qualifications and experience. She told me this was not possible. Human Resources gave me the impression that what Juan Maitland was doing to me was okay. I expressed fear about meeting with Juan Maitland and said I did not want to. Unbeknownst to me they called a meeting with me, Juan, and Angela Santone. The meeting did not resolve any of my concerns and I felt blindsided.

I continued to experience sexual suggestions and remarks from Juan Maitland through November 2005 until April 2006. He tried to intimidate me by yelling at me and I continued to report these incidents. He yelled at me in front of my co-workers during a conference call meeting on March 3, 2006 and February 27, 2006.

On March 8, 2006, the Human Resources investigation concluded without addressing any of my concerns. The investigation was turned on me. My paid time off became the only real issue addressed. The months that followed were filled with threatening and intimidating actions by Juan Maitland. His final retaliatory actions came on May 17, 2006 resulting in my May 31, 2006 termination.

_____

_____

_____

_____

_____

_____

_____

9. The alleged illegal activity took place at At work An Turner Broadcasting System, Inc. Specifically, at CNN Center and location at Techwood Drive.

10. A. _X_ I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B. _____ I have not filed a charge.

11. A. _X_ I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on _1/31/07_ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B. _____ I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

Re-instatement of my position, or resignation to be tendered. Punitive damages (clothes) totaling $400,000.⁰⁰, Back pay in the amount of $5,000.⁰⁰ and Court Costs, with any other amounts this court seek fit and proper.

_____

_____

_____

4/27/07
Date

Signature of Plaintiff

Address: 5561-635 Glenridge Dr.
Atlanta, Georgia 30342

Telephone: (336) 456-5939

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Krystal Moore<br>5501 Glenridge Drive<br>Apartment #635<br>Atlanta, GA 30342 | From: | Atlanta District Office - 410<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2007-00249 | Joyce P. Pullman,<br>Investigator | (404) 562-6858 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____   JAN 3 1 2007
Bernice Williams-Kimbrough,          (Date Mailed)
Director

Enclosures(s)

cc: Patricia G. Butler, Attorney
Ford & Harris, LLP
1275 Peachtree Street, N.E., Suite 600
Atlanta, GA 30309

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 410-2007-00249 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Krystal Moore | (336) 456-5939 | 08-04-1981 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5501 Glenridge Drive, Apartment #635 | Atlanta, GA 30342 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TURNER BROADCASTING SYSTEM/CNN | 500 or More | (404) 827-1700 |

| Street Address | City, State and ZIP Code |
|---|---|
| One CNN Center, NT 1300 | Atlanta, GA 30303 |

RECEIVED OCT 2 0 2006 EEOC-ATDO

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-01-2005   Latest: 05-31-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Turner Broadcasting System/CNN, on March 28, 2005, as a Legal Records Assistant, Legal Department. During my employment I was subjected to inappropriate sexual comments by my supervisor. During September 2005, I reported the sexually inappropriate comments to Human Resources. Human Resources conducted an investigation and disciplined my supervisor in January 2006. Beginning January 2006, I was subjected to the same sexual inappropriate comments, yelled at, and received two unwarranted disciplinary write ups, and was discharged on May 31, 2006.

I was never given a reason for being sexually harassed. The reason given for my discharge was that I left 5 minutes early on May 17, 2006.

I believe that I have been discriminated against because of my gender (female) in retaliation for opposing discriminatory employment practices made unlawful under Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Oct 20, 2006       [signature: Krystal M. Moore]  Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |