IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRYSTAL M. MOORE,<br><br>      Plaintiff,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM,<br>TURNER SERVICES, INC.,<br>JUAN A. MAITLAND,<br><br>      Defendants. | )<br>) CIVIL ACTION NO. 1:07-CV-0972-JTC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

It is hereby stipulated, by and between counsel for the parties, as evidenced by their signatures below, that the above-entitled action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendants certifies that the above document has been prepared in Courier New font, 12-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

This 20TH day of December, 2007.

*/s/ K. Moore*
Krystal M. Moore
5501-635 Glendridge Drive
Atlanta, GA 30342

*Pro Se* Plaintiff

*/s/ Julie S. Elgar*
Julie S. Elgar
Georgia Bar No. 646984
jelgar@fordharrison.com
Patricia G. Griffith
Georgia Bar No. 311928
pgriffith@fordharrison.com
FORD & HARRISON LLP
1275 Peachtree Street N.E
Suite 600
Atlanta, Georgia 30309
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Counsel for Defendants

Atlanta:438757.1

15

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRYSTAL M. MOORE, | ) |
| | ) CIVIL ACTION NO. 1:07-CV-0972-JTC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TURNER BROADCASTING SYSTEM, | ) |
| TURNER SERVICES, INC., | ) |
| JUAN A. MAITLAND, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system and served a copy via U.S. MAIL, postage prepaid, on the following individual:

>   Krystal M. Moore
>   5501-635 Glenridge Drive
>   Atlanta, GA 30342

>   /s/Julie S. Elgar
>   Julie S. Elgar
>   Georgia Bar No. 646984

| | |
|---|---|
| FORD & HARRISON LLP | Attorneys for Defendants |
| 1275 Peachtree Street, N.E. | TURNER BROADCASTING SYSTEM, |
| Suite 600 | TURNER SERVICES, INC., |
| Atlanta, GA 30309 | JUAN A. MAITLAND, |
| Telephone: (404) 888-3800 | |
| Facsimile: (404) 888-3863 | |

Atlanta:438757.1